IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAILENE RIVERA-CINTRON,

      Petitioner,

v.                          Case No. 4:17cv424-MW/CJK

WARDEN COIL,

      Respondent.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 15, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 16. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Respondent's motion to dismiss, ECF No. 12, is **GRANTED**. The petition for writ of habeas corpus filed under 28 U.S.C. § 2241, ECF No. 1, is **DISMISSED**

1

for lack of jurisdiction as Petitioner has not demonstrated entitlement to proceed under § 2241." The Clerk shall close the file.

**SO ORDERED on April 13, 2018.**

**s/Mark E. Walker              ____**
**United States District Judge**